UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JASON I. FARROW, | |
| Plaintiff, | Civil Case No. 09-1636(RBK) |
| v. | **O R D E R** |
| CAPE MAY COUNTY SUPERIOR COURT CRIMINAL CASE MANAGEMENT, et al., | (CLOSED) |
| Defendants. | |

The Court having screened the complaint to determine whether dismissal is warranted, pursuant to 28 U.S.C. § 1915A; and Plaintiff having filed both the filing fee and an application to proceed in forma pauperis;

It is on this   13th   day of    August   , 2009,

ORDERED that Plaintiff's application to proceed in forma pauperis (docket entry 4) is hereby GRANTED; and it is further

ORDERED that Plaintiff's complaint and amended complaint are hereby DISMISSED; and it is further

ORDERED that the Clerk of the Court shall close this case.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge